**Order entered December 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01224-CV

### GLOBAL TEL*LINK CORPORATION, Appellant

### V.

### SECURUS TECHNOLOGIES, INC., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05352**

## ORDER

Before the Court is appellant's December 1, 2016 motion to extend time to file a reply brief. We **GRANT** the motion and **ORDER** appellant to file its reply brief on or before **January 16, 2017**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE